

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2016

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Joseph Percoco, Alain Kaloyeros, Peter Galbraith Kelly, Jr., Steven Aiello, Joseph Gerardi, Louis Ciminelli, Michael Laipple, and Kevin Schuler</u>, 16 Cr. 776 (VEC)

Dear Judge Caproni:

    In an effort to expedite the production of voluminous discovery in this case, and to safeguard certain sensitive and/or confidential material, the Parties have agreed upon a proposed Protective Order to govern the discovery in this matter. A copy of the proposed Protective Order is enclosed for Your Honor's consideration. The Government intends to begin the production of discovery once a Protective Order is entered in this matter.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney

                         By:    <u>/s Janis Echenberg</u>
                                 Janis Echenberg/Robert Boone
                                 David Zhou/Matt Podolsky
                                 Assistant United States Attorneys
                                 (212) 637-2597/2208/2438/1947

cc (by ECF): Counsel for all defendants