# EXHIBIT B

**LPCiminelli, Inc.**
**Lost Opportunities - Pre**

# Ciminelli

| Opportunity Name | Owner | Close date | Approx. Value | Delivery Method | Division |
|---|---|---|---|---|---|
| NanoCenter (Marcy) Facility | Fort Schuyler Management Corporation | 8/11/2015 | N/A | Program Management | LPC Inc |
| Rochester CSD PM - Phase 2 | Rochester City School District | 8/28/2015 | $228,000,000.00 | Program Management | Solutions |
| Yonkers Capital Program | Yonkers Public Schools | 12/30/2015 | $1,000,000,000.00 | Program Management | Solutions |
| NCCC Learning Commons | Niagara County Community College | 1/13/2016 | $25,000,000.00 | CM Agency | LPC Inc |
| Tonawanda CSD 2020 Capital Project | Tonawanda City School District | 2/26/2016 | $30,000,000.00 | CM Agency | LPC Inc |
| Replacement of EGG Parking Ramp | Buffalo Niagara Medical Campus | 3/25/2016 | $40,000,000.00 | Program Management | Solutions |
| ECC STEM Building Bid | Erie Community College | 3/25/2016 | $22,000,000.00 | GC | LPCCC |
| ams AG Nano Tech Facility | Fort Schuyler Management Corporation | 4/5/2016 | $300,000,000.00 | Design-Build | LPC Inc |
| ECHDC Explore & More Core & Shell | Empire State Development Corp | 5/20/2016 | combined total $20,000,000 | GMP | LPC Inc |
| Explore & More Children's Museum FitOut | Explore & More Children's Museum | 5/20/2016 | | Agency | LPC Inc |
| Twin Rivers Hotel Tower | Twin Rivers Casino | 8/4/2016 | $75,000,000.00 | GMP | LPC Inc |
| First Light Casino | Mashpee Wampanoag Gaming Authority | 8/18/2016 | $140,000,000.00 | GMP | LPC Inc |
| Rochester General Hospital - Major Project | Rochester Regional Health | 8/18/2016 | $256,000,000.00 | GMP | LPC Inc |
| Bishop Hall Renovations | Buffalo State College | 8/30/2016 | $16,100,000.00 | GMP | LPC Inc |

# EXHIBIT B