# EXHIBIT C

## LPCiminelli, Inc.
## Lost Opportunities - Post

**Ciminelli**

| Opportunity Name | Owner | Close date | Approx. Value | Delivery Method | Division |
|---|---|---|---|---|---|
| BUDC Northland Corridor | Buffalo Urban Development Council | 9/27/2016 | $25,000,000.00 | Agency | LPC Inc |
| Transit-Oriented Development | Connecticut Department of Transportation | 9/22/2016 | $550,000,000 | CM GMP | LPC Inc |
| DNC Islandia | Delaware North | 10/10/2016 | $22,000,000.00 | CM GMP | LPC Inc |
| Hunts Point | Hunts Point Terminal Produce Cooperative Association, Inc. | 9/22/2016 | $900,000,000.00 | P3 | LPC Solutions |
| Ocean Downs Expansion | | 9/26/2016 | $15,000,000.00 | CM GMP | LPC Inc |
| Empire Outlets of Staten Island | Empire Outlet Builders LLC | 6/1/2015 | $225,000,000 | Agency | LPC Inc. |
| DASNY Brockport Residence Hall | Dormitory Authority of State of NY | 10/1/2016 | TBD | Design-Build | LPC Inc. |

1

# EXHIBIT C