```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA,                :
                                           :       16-CR-776 (VEC)
           -against-                       :
                                           :       ORDER
                                           :
  LOUIS CIMINELLI,                         :
                                           :
                     Defendant.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court was informed that Defendant Ciminelli recently purchased a firearm that was to be "registered" in his wife's name and stored in a local gun dealer's safe (the "Firearm");

    WHEREAS the Court ordered Mr. Ciminelli's counsel to show cause why Mr. Ciminelli should not be ordered to surrender the Firearm [Dkt. 159];

    WHEREAS Mr. Ciminelli filed a letter in response to the Court's show-cause order [Dkt. 160];

    WHEREAS Mr. Ciminelli's letter provides wholly inadequate reasons why this newly-acquired firearm should not be surrendered, consistent with the bail conditions established for his release;

    IT IS HEREBY ORDERED that on or before **May 17, 2017**, Defendant Ciminelli must surrender the Firearm to local authorities.  Mr. Ciminelli must make arrangements with Supervisory U.S. Pretrial Services Officer Kenneth Rowan (212-805-4141) regarding the surrender.  On or before **May 19, 2017**, Pretrial Services must confirm to Chambers that Mr. Ciminelli has surrendered the Firearm.

IT IS FURTHER ORDERED that as set forth in the Court's May 8, 2017, Order, Mr. Ciminelli is prohibited from purchasing or possessing any firearms pending the disposition of his case.

**SO ORDERED.**

**Dated: May 12, 2017**
  **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**