UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

JOSEPH PERCOCO,
    a/k/a "Herb,"
ALAIN KALOYEROS,
    a/k/a "Dr. K,"
PETER GALBRAITH KELLY, JR.,
    a/k/a "Braith,"
STEVEN AIELLO,
JOSEPH GERARDI,
LOUIS CIMINELLI,
MICHAEL LAIPPLE, and
KEVIN SCHULER,

                              Defendants.

16-CR-776 (VEC)

---

# NOTICE OF DEFENDANT LOUIS CIMINELLI'S MOTION TO SUPPRESS CELLPHONE LOCATION INFORMATION

| | |
|---|---|
| Moving Parties: | Defendant Louis Ciminelli. |
| Directed To: | The government. |
| Date and Time: | To be scheduled by the Court. |
| Place: | Before the Honorable Valerie E. Caproni, United States District Judge, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. |
| Supporting Papers: | Declaration of Timothy W. Hoover, dated May 19, 2017; and Memorandum of Law, dated May 19, 2017. |
| Reply Papers: | Defendant intends to reply. |
| Relief Requested: | An Order of the Court: |

- ii -

                              (1) Suppressing the cellphone location information obtained by the government or, in the alternative, ordering a suppression hearing; and

                              (2) Awarding such further relief as is just and proper.

Grounds for Relief:     U.S. CONST. amend. IV and federal decisions as set out in Defendant's Memorandum of Law.

Oral Argument:     Requested, at the earliest date and time available to the Court.

Dated:     Buffalo, New York
           May 19, 2017

                                                  **HODGSON RUSS LLP**
*Attorneys for Defendant Louis Ciminelli*

By:   s/Timothy W. Hoover
       Daniel C. Oliverio
       Timothy W. Hoover
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
716.856.4000
*doliverio@hodgsonruss.com*
*thoover@hodgsonruss.com*

**DLA PIPER LLP (US)**
*Attorneys for Defendant Louis Ciminelli*

By:   s/John M. Hillebrecht
       John M. Hillebrecht
       Jessica A. Masella
1251 Avenue of the Americas
New York, New York 10020
212.335.4829
*john.hillebrecht@dlapiper.com*
*jessica.masella@dlapiper.com*