IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH PERCOCO,<br>    a/k/a "Herb,"<br>ALAIN KALOYEROS,<br>    a/k/a "Dr. K,"<br>PETER GALBRAITH KELLY, JR.,<br>    a/k/a "Braith,"<br>STEVEN AIELLO,<br>JOSEPH GERARDI,<br>LOUIS CIMINELLI,<br>MICHAEL LAIPPLE, and<br>KEVIN SCHULER,<br><br>            Defendants. | Case No. 1:16-cr-00776 (VEC)<br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

## NOTICE OF THE BUFFALO DEFENDANTS' JOINT MOTION TO FOR AN ORDER COMPELLING DISCLOSURE OF THE GRAND JURY TRANSCRIPTS

| | |
|---|---|
| Moving Parties: | Defendants Louis Ciminelli, Michael Laipple, and Kevin Schuler (the "Buffalo Defendants"). |
| Directed To: | The Government. |
| Date and Time: | To be scheduled by the Court. |
| Place: | Before the Honorable Valerie E. Caproni, United States District Judge, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. |
| Supporting Papers: | Declaration of Jessica A. Masella, dated May 19, 2017; and The Buffalo Defendants' Joint Memorandum of Law dated |

|                    | May 19, 2017.                                                                                                                                                                                                                                                                                                                                 |
|--------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Reply Papers:      | Defendant intends to reply.                                                                                                                                                                                                                                                                                                                    |
| Relief Requested:  | An Order of the Court:                                                                                                                                                                                                                                                                                                                         |
|                    | (1) Providing the Buffalo Defendants under seal the legal instructions provided to the grand jury (or grand juries) in respect to both the original and superseding indictments, as well as any questions from or colloquies with the grand jury as to any of the issues identified in their memorandum of law; and |
|                    | (2) Providing those portions of the transcripts of witness testimony containing discussions of those legal requirements; or                                                                                                                                                                                                                    |
|                    | (3) In the alternative, directing the Government to produce these materials to Your Honor for *in* camera review.                                                                                                                                                                                                                              |
| Grounds for Relief:| The United States Constitution, Federal Rule of Criminal Procedure 6(e), and federal decisions as set out in The Buffalo Defendant's Joint Memorandum of Law.                                                                                                                                                                                  |
| Oral Argument:     | Requested, at the earliest date and time available to the Court.                                                                                                                                                                                                                                                                               |

Dated: Buffalo, New York
May 19, 2017

**HODGSON RUSS LLP**
*Attorneys for Defendant Louis Ciminelli*

By: /s/Timothy W. Hoover
    Daniel C. Oliverio
    Timothy W. Hoover
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
716.856.4000
doliverio@hodgsonruss.com
thoover@hodgsonruss.com

**DLA PIPER LLP (US)**
*Attorneys for Defendant Louis Ciminelli*

By: /s/ John M. Hillebrecht
     John M. Hillebrecht
     Jessica A. Masella
1251 Avenue of the Americas
New York, New York 10020
212.335.4829
john.hillebrecht@dlapiper.com
jessica.masella@dlapiper.com

**LIPSITZ GREEN SCIME CAMBRIA LLP**
*Attorneys for Defendant Michael Laipple*

By: /s/Herbert L. Greenman
     Herbert L. Greenman
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
716.849.1333
hgreenman@lglaw.com

**CONNORS LLP**
*Attorneys for Defendant Kevin Schuler*

By: /s/Terrence M. Connors
     Terrence M. Connors
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
716.852.5533
tmc@connorsllp.com