UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/5/2017____

-------------------------------------------------------- X

UNITED STATES OF AMERICA,    :

       -against-    :

   :

LOUIS CIMINELLI,    :

       Defendant.    :

-------------------------------------------------------- X

16-CR-776 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 2, 2017, Defendant Ciminelli submitted a letter by e-mail to the Court regarding Mr. Ciminelli's health condition;

WHEREAS Mr. Ciminelli also submitted to the Court proposed redactions to the June 2 letter;

WHEREAS Mr. Ciminelli previously submitted to the Court filings that were filed on the public record with redactions [Dkts. 89, 98, 107, 121, 123, 137, 151];

WHEREAS the Court instructed Mr. Ciminelli to file the January 31, 2017, letter on the public record with redactions, but Mr. Ciminelli has not apparently done so [*see* Dkt. 89];

WHEREAS Mr. Ciminelli also filed entirely under seal the Sealed Declaration of Daniel C. Oliverio, dated February 6, 2017, in connection with Messrs. Ciminelli, Laipple, and Schuler's joint motion to dismiss;

WHEREAS the Government also previously submitted to the Court a letter that was filed on the public record with redactions [Dkt. 152];

IT IS HEREBY ORDERED that, on or before **June 8, 2017**, Mr. Ciminelli must show cause why all of the materials that have been submitted under seal, other than his specific

medical diagnosis, should not now be unsealed in light of the presumption of access discussed in

*Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

**SO ORDERED.**

**Dated: June 5, 2017**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**