UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
UNITED STATES OF AMERICA,

    - v. -

ALAIN KALOYEROS,
    a/k/a "Dr. K,"
STEVEN AIELLO,
JOSEPH GERARDI, and
LOUIS CIMINELLI,

                   Defendants.
-------------------------------------------------------- X

S2 16-CR-776 (VEC)

VERDICT FORM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/2018

*All jurors must agree on the answers to all of the questions. Please indicate your verdict with a check mark (✓).*

## COUNT ONE:
### Conspiracy to Commit Wire Fraud

On the charge of conspiracy to commit wire fraud, we the jury find:

    The Defendant ALAIN KALOYEROS:

        Not Guilty _____        Guilty ___✓___

    The Defendant STEVEN AIELLO:

        Not Guilty _____        Guilty ___✓___

    The Defendant JOSEPH GERARDI:

        Not Guilty _____        Guilty ___✓___

    The Defendant LOUIS CIMINELLI:

        Not Guilty _____        Guilty ___✓___

[1]

## COUNT TWO:
## Wire Fraud – The Syracuse RFP

On the charge of wire fraud in connection with the Syracuse RFP, we the jury find:

The Defendant ALAIN KALOYEROS:

    Not Guilty _____  Guilty ✓

The Defendant STEVEN AIELLO:

    Not Guilty _____  Guilty ✓

The Defendant JOSEPH GERARDI:

    Not Guilty _____  Guilty ✓

## COUNT THREE:
## Wire Fraud – The Buffalo RFP

On the charge of wire fraud in connection with the Buffalo RFP, we the jury find:

The Defendant ALAIN KALOYEROS:

    Not Guilty _____  Guilty ✓

The Defendant LOUIS CIMINELLI:

    Not Guilty _____  Guilty ✓

## COUNT FOUR:
## False Statement

On the charge of making a false statement, we the jury find the Defendant JOSEPH GERARDI:

        Not Guilty _____        Guilty  ✓_____

*You are finished. The foreperson should ensure that each juror agrees with the answer to each question. If so, the foreperson should date and sign below.*

Dated: \_\_July 12_____, 2018 at \_4\_ : \_15\_ a.m./(p.m.)

\_\_\_\_[signature]_____
Foreperson

Lawrence P. Cook
Juror #2

[3]