USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2018

16-CR-776

RECEIVED
NOV 26 2018
VALERIE CAPRONI
U.S. DISTRICT JUDGE
S.D.N.Y.



November 16, 2018
The Honorable Valerie Caproni
U.S. District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007 (courtroom 443)

Dear Judge Caproni,

I am writing to you about Mr. Louis Ciminelli. I do not personally know Mr. Ciminelli, but do have a strong opinion, having to do with the sentence he should receive.

I do think that we spend so much money on people that commit crimes but are not a danger, we should evaluate differently.

I have been a Episcopal Priest for 47 years and find that we waste potential resources to often. Mr. Ciminelli is a very gifted business man and has given much to our community and has received much from our community. I would think that he should be under house arrest but be required to give free training to High School and College young people on construction, bidding process, financing etc..

When Martha Stewart went to prison it cost us 50 or 60 thousand dollars to keep her and she wrote a book and just made more money rather then to give back. It would have been a good idea if she was required to train 10 women in business information at her expense.

At any rate, I thank you for any consideration as I know this is your field of expertise.

Wishing you and your loved ones a blessed Holliday season.

Sincerely yours,

*[signature]*

The Rev. Albert S. Sam

November 16, 2018

Edward F. McKee

East Amherst, NY

The Honorable Valerie Caproni
U.S. Southern District Court of NY
U.S. Courthouse
40 Foley Square – Room 240
New York, NY  10007



Dear Honorable Valerie Caproni:

I am writing to you concerning your pending sentencing of Mr. Louis Ciminelli on November 28. As you may be aware from my address I reside in the metropolitan Buffalo area. I became motivated to write to you as a result of the story that appeared in front page of The Buffalo News today concerning all the recommendation letters written to you from many present and past dignitaries touting what a wonderful, caring, compassionate man he is and all the wonderful charitable things he has done with his ill-gotten gains in an attempt to favorably influence you reaching a decision not to sentence prison time for Mr. Ciminelli.

Your Honor I am just an everyday run of the mill private citizen who felt compelled to write to you to speak truth to power, if you will, regarding all the other letters referenced above. I know this man is ill and he personally is certainly not a physical threat to society. I do not personally know this man or his other convicted associates. I do not seek vengeance towards Mr. Ciminelli, but I, in the name of all that is supposedly just in our justice system certainly do seek justice in the form of at least three to five years prison time in a facility that can treat him medically. And, if possible a significant monetary fine.

In closing Your Honor, I would like you to know my primary considerations for arriving at my sentencing recommendation. First, this is a man that has grown up having every privilege extended to him to know right from wrong and never wanted from anything. He, more than most should know better. Second, and I know this cannot enter into your public sentencing decision, I submit this is not the first series of felonies he and his associates have committed, only the first time that they have been caught and convicted. Third, all of his acts of benevolence and charity in his world are, for the most part, nothing more than, "good business practices" and tax deductible to boot. Al Capone was also a generous man too. Last, but probably of most importance, is that failure to sentence this man to prison time will be yet another example for those that come after Mr. Ciminelli that they too stand a good chance of avoiding jail time by covering their illegal tracks with, "good deeds" and leading an outwardly, "good life" should they ever be brought to trial and convicted.

Respectfully,

*Edward F. McKee*

Edward F. McKee