Jeanne Burke

19 NOV 2018 PM 2 L



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2018

16-CR-776

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

photo

November 17, 2018

Dear Honorable Valerie E. Caproni,

My name is Jeanne Burke. I was a dog walker to Mr and Mrs Louis Ciminelli's two dogs.

A man's heart and soul are easily seen thru a dog's adoring eyes.

I am writing for leniency on Mr. Ciminelli's sentencing. I know he is convicted of a felony.

Both dogs, Abby and Minnie passed away in recent years. An enormous grief to family and others.

Abby and Minnie will again run to meet Mr Ciminelli one day, but Mr Ciminelli needs to now be with family and all others close to him!

Thank you from my heart for your consideration of reading my request.

Sincerely,
Jeanne Burke