

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 28, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Louis Ciminelli*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government writes in response to defendant Louis Ciminelli's request for leniency based on his claims about the impact of his health condition on the logistics of his potential incarceration. The Government has conferred with a representative of the Bureau of Prisons ("BOP") and has provided the BOP with the health information submitted by Ciminelli in his sentencing letter and its attachments.

    Based on the information provided by Ciminelli, the BOP has confirmed that it has the capability to address Ciminelli's health condition and that the medications he currently takes, as specified in his submissions, are among those prescribed by the BOP. Specifically, the BOP expects that Ciminelli would be designated to a Federal Medical Center to best address his medical needs. While the Clinical Director of the designated facility would determine what medications Ciminelli would be permitted to take, there are current BOP inmates who have received Revlimid and who have received Zometa, the medications specified in Joel A. Sickler's memorandum as potentially unavailable to Ciminelli if incarcerated (Dkt. No. 901-3).

In sum, the BOP has represented that it can address Ciminelli's medical needs and that his preferred medications may be available. Moreover, the defendant is not entitled to leniency on the basis that he is unlikely to be designated to his facility of choice, a Federal Prison Camp.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney

By:    /s/
        Matthew Podolsky
        David Zhou
        Robert Boone
        Janis Echenberg
        Assistant United States Attorneys
        (212) 637-1947/2438/2208/2597

cc:     Counsel for Louis Ciminelli (by ECF)