

Lou Ciminelli trying to avoid jail time;Joint Schools Construction Board
Carl Paladino to: 'Caproninysdchambers@nysd.uscourts.gov' 11/30/2018 02:23 PM
From: Carl Paladino <CPaladino@ellicottdevelopment.com>
To: "'Caproninysdchambers@nysd.uscourts.gov'"
<Caproninysdchambers@nysd.uscourts.gov>

USDC SDNY   16-CR-776
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2018

P&B ASAP
To:  Hon. Judge Valerie E. Caproni, U.S. Dist. Ct Judge

This memo is to tell you the truth of the issue of Lou Ciminelli"s philanthropy and goodness to the Buffalo community which has been the content of the many letters and the recent Buffalo News article on the man whop had no hesitation making off with over $450 million of monies intended for the schoolchildren of Buffalo.

Warren Colville and Mike Connelly, of the Buffalo News, had 3 reporters investigate the Lou Ciminelli/Joint Schools Construction Project issue.  They found collusion and unaccounted funds.  Their report went on the shelf while they waited for the cover-up to be completed which happened when the conflicted, criminal and collusive Buffalo Board of Education, in the middle of the night, for no good reason, even with the FBI and the New York State Attorney General having open cases on the issues, agreed to settle and even paid another $3.5 million to Ciminelli, all in the interests of covering up the incompetence and/or collusion of City leaders and Board members during the term of the contract.  They had allowed Ciminelli to get away without properly following State laws requiring oversight and audit.

The big wigs at the News never investigated the issue of settlement. They were too busy trying to impress you in your sentencing to give Ciminelli no jail time by throwing flowers to Lou Ciminelli over having been generous to the community with "his" money.  Not true.  Not his money.  The News knows very well that Ciminelli failed to account for over $450 million in Joint School Construction funds.  He's Robin Hood.  He took from poor children and gave to rich local institutions to curry favor.   The Buffalo News knows the truth.  The FBI and New York Attorney General know the truth and have open files on the case.  Don't believe any of the letters or news comments about what a great guy he is. His life has been all about greed.  Apparently you heard of this scandal and told Counsel for Ciminelli that you may sentence above the Federal guidelines which incredibly only call for 0 to 6 months jail time.  The irony is that Ciminelli makes Percoco look like a choirboy and you gave Percoco  6 years in jail.  The case is now adjourned for a week.  Hopefully the pressure of jail time means Ciminelli will finally find God and chirp to the Feds about his apparent  payoffs to Cuomo and his cronies at a restaurant on Chippewa St.  Probably not.  Thank you

---

Scanned by **MailMarshal** - M86 Security's comprehensive email content security solution.

Sunday

Dear Judge Caproni,

I enjoyed reading about your career and education and salute your dedicated professionalism on behalf of the law. As a graduate of Harvard Law School and friend of Bob Fiske who always admired his service to our country, I salute yours as well.

My apologies for not having written sooner to ask for such compassion as you may be able to include in your necessary sentencing of Louis Ciminelli. When my wife died recently of cancer, Lou was among the first to reach out to me. Relatives have shared countless stories of similar kindnesses to friends & employees facing hardship and loss. And as a volunteer leading a non-profit organization whose building project was sustained by the quality & flexibility amidst change of L.P. Ciminelli's work, I am grateful for his efforts in our community.

Now, having lost his way, his reputation and his health, he will have to pay a terrible price. And how sad that good employees, too, have been so afflicted.

My appreciation, Judge Caproni, for your consideration of my letter. Peace, good health, honor & success to you and yours,

Respectfully, Jack Walsh



RECEIVED
NOV 29 2018
VALERIE CAPRONI
U.S. DISTRICT JUDGE
S.D.N.Y.

Arvin Ratra

Federal Judge
Honorable Valerie E. Caproni
40 Foley Square
New York City, NY 10007

11-17-2018 1641

### Re: Ciminelli Sentencing

Honorable Valerie E. Caproni,

I have some concerns with Ciminelli and how they have been manipulating the Educational Enterprise in the State of New York, including the Governor's Office and State Legislators.

I have attached letter to date 05-09-2018, and I hope this reminds you that I am not happy with government.

I have no lawyers protecting my interest. My parents and I are independently strong, but collectively weak, unable to take advantages of my parent's financial strength leaving me vulnerable financially. I am disabled with degrees.

My job is to preserve my health, collecting records from government, obtain security clearance and open investigations while protecting my country.

It is also my responsibility to notify you I have intentions to sue New York State government for creating my disability eroding my mental health with corruptions, segregations, and discriminations.

Please continue to monitor Governor Andrew Cuomo and his work with Jeff Bezos and Amazon in Queens County.

I hope this letter finds you strong in the spirit to sentence Ciminelli significantly and build a strong case against Jeremy Jacobs in the future.

Best..

Arvin Ratra
Economist
Pro Se Attorney
Future Lawyer

Arvin Ratra

█████████████████████
█████████████████████

Federal Judge
Honorable Valerie E. Caproni
40 Foley Square
New York City, NY 10007

Governor of New York State
Andrew Cuomo
NYS Capital Building
Albany, NY 12224

President of the United States of America
Donald Trump
1600 Pennsylvania Avenue
Washington D.C 20500

05-09-2018 0840

## Re: Impact of Percoco's Crime on the Population, Society and the Future

Dear Federal Judge Valarie Caproni,

My name is Mr. Arvin Ratra, I am in the initial stages of investigating the impacts of external government offices, from the presidential office to the governor's office, but more generally federal state and local government impact of expansionary policy on the education at the University of Buffalo.

The Ciminelli Family has been doing construction work at the University of Buffalo for more than a decade, where they may be responsible for building part, or all of the Jacobs School of Management and the Jacobs School of Biomedicine. The Ciminelli Family may be coordinating corruptly with multiple office at the university including the past and present University of Buffalo Presidents and of course the Chair of the UB Counsel Jeremey Jacobs.

I have also sent letters to government officials regarding centralization of power at the University of Buffalo, control spending of federal and state money including the building of the Jacobs School of Management a protype building for the Jacobs School of Medicine creating an quarter of a billion dollar debt on the University of Buffalo weaken education in general

sacrificing money for administration, faculty and most importantly the overly in debt student body.

Jeremey Jacobs Chair of the UB Counsel a Billionaire who was appointed by former Governor Pataki has been at the helm of this University for two decades. Mr. Jacobs may be central part of the consolidation as offices and the education culture of corruption at the university of buffalo without drawing attention. The Jacobs School of Medicine was not needed because the entire south campus of the University has limited occupancy. I will continue to investigate my theories of consolidation of power, abnormal debt financing and financial kickbacks including campaign donations not to mention a debt bubble of 1.3 trillion dollars held by students in this nation as education cost needlessly grows, and business such as Jeremey Jacobs take abnormal advantages of government infrastructure and laws for corporate profit as corporate greed at the cost of actual student needs.

ARTICLES

1) News Release – Inspector General – Catherine Leahy Scott – Dennis Black
2) University of Buffalo - Spectrum
3) Percoco corruption conviction is a political blow for Cuomo.
4) University of Buffalo – Frank Ciminelli – Bio
5) Who is the New Leader of LPCiminelli

Article 1 is a news release by The New York State Inspector General to only a portion of discovered crimes that Dennis Black was involved in.

Article 2 is an opinion by a student reporter describing the injustice of Dennis Black sentencing and some consequences impacting the University of Buffalo student, faculty, and administrative body.

A Dennis Black was a provost, a corrupt provost that controlled multiple office that I interacted with in 2001 to 2005 as a student in the Department of Business and then Economics. Dennis Black governed many of the offices where I was attempting to receive services. After I claimed discrimination by the Office of Admission. Dennis Black and his under or over bosses used policy and procedure against me limiting my true academic performances, falsified charges, employing police officer at the university, and other employees, including student lawyers to create a preponderance of false paperwork against me. The police were run by Dennis Black, the Judicial Affair the Ombudsman was run by Dennis Black, the Office of Affirmative Action Equal Opportunity was run by Dennis Black, the whole university was working with Dennis Black, the underboss at the University of Buffalo. I forfeited all my rights as a student, as a human, leveraged with the hopes of earning a degree and obtaining a job as a graduate only to secum to pressures of Dennis Black powers. Dennis Black got away with a lot more than stealing funds from a University, or the people, he destroyed lives, and this must be accounted for, so the people he coerced with are also brought to justice and people who benefited pay a price.

The corruption did not stop at the University, I claimed kidnap and coercion back in 2005 with limited insight into government operations and procedure. A limited investigation may have been done both inside the University of Buffalo with the Office OF Affirmative Action and outside with limited information submitted by myself to a district attorney named Frank Clark now deceased, when complaining about the University kidnap and coercion or what I now call a "Code Red". I was attempting to claim discrimination and corruption by university offices as they swept my complaint under the "rug", using power and paperwork to hide my claims forcing me into the hospital forfeiting my education.

After the events at the university of buffalo "code red ", I feared for my life, I lived homeless, jailed, and then hospitalized, place in a conjugate care facility, till government recognized my temporary disability and then I returned home receiving better quality of care from my family, going to rehabilitation for 3 years, then return to education part time and graduating in 2014.

The corruption must stop, the criminal activities of senior government must be punished severely enough to impact long run action, not just create a short run adjustments or compensation. Judge Michalski may have given Dennis Black the underboss of the University of Buffalo a second chance without hearing my victim statement or the cries from the student body, only hearing Dennis Black's possible accomplices giving recommendations for leniency. These miscarriages of justice cannot be overlooked. The judicial branch must set an example, if senior official commit crimes they are setting a poor example on the entire population and cause lower major corruptions within the enterprise or institution, a burden on the people, creating imbalance and weakness on a nation and a general loss in faith within the population.

Best..



Arvin Ratra
Economist
Pro Se Research Attorney
Future Law Student
Disability Advocate
National Athlete NJCAA
Brotherhood Award Winner

PS1: I have included a USB drive. Three videos files for your viewing.

1) The term "code red" is from the movie A Few Good Men, though this movie is fictional, unfortunately the story which it is based on, may be true. My personal "code red" did not occur on a military base, this occurred on the University of Buffalo campus. Dramatization "code Red" in a Few Good Men, and the reality "code red" a common goal to limit a whistle blowers complaint. The parallel can be drawn if given an opportunity to express myself perfectly.

2) A Yale Student, Lolade Siyonbola, had the ability to peacefully protest the incorrect use of police officer by the majority population where I could not. Lolade Siyonbola was singled out because she was a black female minority, Arvin Ratra was singled out because he was a brown male ultra-minority.

3) Diane Sawyer reports about the Student Loan Crisis, a 1.3 trillion dollars crisis and how governments across the nation are suffocating lives of educated students and future work forces. Without describing the video, The University of Buffalo can be a perfect example, a role model to **extinct abnormal expansionary policy** for government and curb spending reducing debt of government like the University of Buffalo, New York State and our future the student.

PS2 I was recently contacted by the Senator of New York Mr. Charles E. Schumer Office regarding the Privacy Act of 1974. I am presently attempting to read, comprehend and interpret the consequences of my release of information to preserve The Union of the United States of America and protect my rights at the same time. I hope you will join hands with me and fight corruption at all levels. Your time and consideration are greatly appreciated.



RECEIVED
NOV 2 8 2018
VALERIE CAPRONI
U.S. DISTRICT JUDGE
S.D.N.Y.

*Joanne Reynolds, President*
*Reynolds Motors, Inc.*



Hon. Valerie Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Ref:   Sentencing of Steve Aiello**

Your Honor:

As a former "partner" of COR Development who had extensive dealings with Steve Aiello, I urge you to sentence him appropriately for the crimes committed. This isn't the first occasion on which COR broke the law.

Apparently all those who wrote in support of Steve Aiello haven't done business with COR.  They all speak of COR's largesse and generosity, but they aren't aware of how the firm got its boost on the backs of business partners.

My husband's company, which I inherited after his death in 2005, became involved with COR back in ca 1999. We owned the land on Erie Boulevard and Midler Ave. in Syracuse which is the site of Price Chopper. We owned the property and entered into a special partnership with COR, in which we were a 1/3 partner in the building and grounds leased to Price Chopper. COR also bribed a public official to get the project approved, whose name appears on the list of those supporting the request for lenient sentencing.

This project was their largest to date, and helped them on their trajectory to what they've become. They lied to my husband on several occasions – in meetings where Steve Aiello was present and obviously cognizant, and by inserting – without advising us -- a single line in the final agreement that put a threshold on payments to us that they managed never to meet. Instead of paying us $100k plus, as per contract, per year, they paid us under $40,000 per year.

Then, after my husband had died, they stated in a meeting during which my attorney was present that they did not do business with women (I was president of their 1/3 partner and have been a professional woman most of my life owning and operating  my own public relations firm). My attorney and I made it clear to them that whether they liked it or not, I was president of the company with

which they were a partner. I should have filed suit against them then, for discrimination, as it was obvious they were going to do everything possible to avoid collaborating with a woman, but already my legal bills were overwhelming.

They also flatly stated, in the presence of my attorney, that they would never sell the property. At the time they were assuring us they would never sell the property, they were negotiating for its sale in the fall of 2007.

I received a check for our share during Christmas week - no explanation - and it wasn't even sent registered mail. It was too late for me to do any planning and as a result 2/3 of that money went directly to the IRS. Legal fees and accounting fees almost put me under.

This is not a situation where we were a vendor who didn't produce or meet deadlines. We were the owners of the property and their partner in the contract with Price Chopper.

Although we were a silent partner, COR, including Steve Aiello, who was present at all meetings, had a fiduciary responsibility to advise us of the sale, which had been negotiated several months prior to closing. By the time I learned this, it was too late to take action.

Others who did business with the Aiellos and COR in the early days had similar experiences. My attorney (retained several years after the sale) advised me that they could not legally have sold the business without advising our company, and he also advised me that he had another client in a similar situation with COR.

Although it was Steve's dad, Lou, who dominated their company, Steve was involved with every meeting and every one of the lies we were told through our approx. 7 years as "partners". They reneged on nearly every aspect of the partnership they entered with my husband.

I attribute part of the cause for my husband's early death in 2005 to stress from these transactions with COR.

Steve may be perceived as "a great guy", but we were certainly not surprised to learn that bribery was still part of their business strategy as it was from the start.

Thank you,

Jody (Joanne) Reynolds
President, Reynolds Motors, Inc.