December 3, 2018

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    <u>United States v. Ciminelli, S2 16 Cr. 776 (VEC)</u>

Dear Judge Caproni:

      Mr. Ciminelli joins the letters submitted on behalf of Messrs. Aiello and Gerardi opposing the entry of a general order of forfeiture. We would note that, unlike Mr. Aiello's and Mr. Gerardi's Presentence Investigation Reports, Mr. Ciminelli's Report did reference the possibility of forfeiture. (Rpt.¶¶ 138-139).

                                       Respectfully submitted,

                                       /s/ Paul Shechtman

                                       Paul Shechtman
                                       Partner

#5828442