Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

United States

v.

Louis Ciminelli

Docket No.: 16-cr-00776

_____
(District Court Judge)

Notice is hereby given that Louis Ciminelli appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on December 4, 2018
(date)

This appeal concerns: Conviction only | ___ Sentence only | ___ Conviction & Sentence |✓ Other | ___

Defendant found guilty by plea | ___ | trial |✓ | N/A |

Offense occurred after November 1, 1987? Yes |✓ No | N/A |

Date of sentence: December 4, 2018   N/A | ___ |

Bail/Jail Disposition: Committed |✓ Not committed | N/A |

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

Defendant's Counsel: Paul Shechtman

Counsel's Address: 1251 Avenue of the Americas, 49th Floor

New York, NY 10020

Counsel's Phone: 212-508-6100

Assistant U.S. Attorney: Matthew D Podolsky

AUSA's Address: United States Attorney's Office-SDNY  One St. Andrew's Plaza

New York, NY 10007

AUSA's Phone: 212-637-1947

_____
Signature