



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2019

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ciminelli, Aiello, & Gerardi*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government respectfully submits the attached Consent Preliminary Orders of Forfeiture for Louis Ciminelli, Steven Aiello, and Joseph Gerardi, to be entered on consent of the relevant parties.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: /s/ _____
    Janis Echenberg / Robert Boone
    David Zhou / Matthew Podolsky
    Assistant United States Attorneys
    (212) 637-2597/2208/2438/1947

cc:  Counsel of record (via ECF)