# BRACEWELL



October 21, 2021

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2021
```

VIA ECF

Re:   United States v. Ciminelli, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

      Louis Ciminelli is currently scheduled to surrender to a designated facility "not later than noon, sixty (60) days after the mandate issues on his appeal." At my request, the Court has recommended that he be designated to FMC Devens in Massachusetts. I write now to ask that the designation be modified to the Satellite Camp at USP Tucson. Mr. Ciminelli's wife is spending the majority of her time in Arizona, and therefore visitations will be easier at the Tucson facility. Moreover, Mr. Ciminelli's doctors at the Mayo Clinic believe that he can be housed at a prison camp and does not need a medical facility. The government (AUSA Matthew Podolsky) has no objection to this proposed modification.

      I thank the Court for considering this request.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman
Partner

PS:wr
cc: AUSA Matthew Podolsky

> Application GRANTED. The Court will request that Mr. Ciminelli be designated to USP Tucson's Satellite Camp. Further requests for a change in the Court's recommendation will be not be entertained.

SO ORDERED.

*Valerie Caproni*   10/21/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Paul Shechtman, Partner
T: +1.212.508.6107   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com   bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC