

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

June 17, 2024

Via ECF

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Kaloyeros, et al.*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    I write on behalf of defendants Steven Aiello and Joseph Gerardi to request that the Court remove the requirement that defendants "submit to supervision by and report for supervision to" Pretrial Services as a condition of bail. (Dkts. 1049, 1050; *see also* Dkt. 1045). Defendants make this request at the recommendation of the Supervisory U.S. Probation Officer who has supervised defendants without incident for nearly eight years and has advised that continued supervision is unnecessary. The government has no objection to this request.

                        Respectfully submitted,

                        /s/ Alexandra A.E. Shapiro

                        Alexandra A.E. Shapiro

cc:    Counsel of record (via ECF)