**MEMO ENDORSED**



**Timothy W. Hoover**
Partner
561 Franklin Street
Buffalo, New York 14202
Telephone: (716) 800-2604
Facsimile: (716) 885-8569
thoover@hooverdurland.com
www.hooverdurland.com

September 19, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025

**Via ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Ciminelli*, No. 16-CR-776-VEC-6

Dear Judge Caproni:

      I write on behalf of defendant Louis Ciminelli to request that the Court approve international travel for Mr. Ciminelli. Mr. Ciminelli seeks to travel abroad from October 24 to November 3, 2025, flying to Florence, Italy, visiting family, traveling by car to Maremma on October 27, flying to Luxembourg on October 31 to visit a friend nearby in Germany, then returning to the United States on November 3. A complete proposed itinerary has been provided to Mr. Ciminelli's supervising Probation Officer, and to the Assistant United States Attorneys. The Probation Officer will have all final travel details. Mr. Ciminelli has been in full compliance with his release conditions since this case began. (This trip is essentially the same travel that the Court previously approved for July 2025 (Dkt. 1082) but that was subsequently postponed because of events overseas (Dkt. 1086).)

      The Court's release conditions permit international travel so long as it is "authorized by Probation and consent of the U.S. Attorney's Office for the Southern District of New York." (Dkt. 1071.) Mr. Ciminelli's supervising Probation Officer approved the proposed travel. The U.S. Attorney's Office takes no position on this request. We ask for the Court's approval since the U.S. Attorney's Office takes no position on the proposed travel.

      With regard to any adjourned, additional, or future status conference, we respectfully advise the Court that Mr. Ciminelli and his counsel are available on October 22, on October 24 in the morning, or on or after November 5.

      Thank you for the Court's consideration of this request.

Respectfully yours,

/s/Timothy W. Hoover

Timothy W. Hoover

TWH/
cc:  Counsel of record (via ECF)

---

Application GRANTED.

SO ORDERED.     9/22/2025

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE