UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :
        -against-                            :          16-CR-776 (VEC)
                                             :
                                             :              ORDER
LOUIS CIMINELLI,                             :
                                             :
                              Defendant.     :

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court received notice from Mr. Ciminelli and the Government that the parties would like to proceed with a change of plea hearing.

IT IS HEREBY ORDERED that the parties must appear before the Court on **Tuesday, January 6, 2026, at 10:30 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Dated: December 22, 2025**
        **New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**